UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHEILA TORRUELLA,

        Plaintiff,

v.                                Case No:  2:16-cv-320-FtM-38MRM

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on review of Defendant Commissioner of Social Security's Unopposed Motion to Remand to Social Security Administrative Law Judge (Doc. #19) filed on September 23, 2016.  As the Motion is unopposed and for good cause shown, the Court will remand the above-captioned case to the Social Security Administration.

Accordingly, it is now

**ORDERED:**

1. Commissioner of Social Security's Unopposed Motion to Remand to Social Security Administrative Law Judge (Doc. #19) is **GRANTED**.  The Clerk is DIRECTED to remand the case back to the Social Security Administration consistent with sentence four of 42 U.S.C. § 405(g).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

2. The CLERK is further directed to enter judgment accordingly, terminate any pending deadlines and motions, and to close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of September, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record